**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

PYTKO CONSTRUCTION CORPORATION
Defendant.

[redacted] 05 164 T

C.A. No.

**COMPLAINT**

Introduction

1. This is an action to compel payment of contributions, interest, and penalties to an employee welfare benefit plan, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et. seq.

Parties and Jurisdiction

2. Plaintiff Teamsters Local 251 Health Services and Insurance Plan ("the Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. § 1002(1).

3. Plaintiff Paul A. MacDonald is the Executive Director of the Fund.

4. Defendant Pytko Construction Corporation ("Defendant" or "Pytco") is a corporation organized under the laws of the State of Rhode Island, having its principal place of business in North Smithfield, Rhode Island. Defendant has



(1)

the requisite minimum contacts with the State of Rhode Island.

5. Jurisdiction is rested upon ERISA, 29 U.S.C. § 1132(e).

## Facts

6. The Fund was established to provide various types of insurance benefits, including medical, life, and disability, for Teamsters Local 251 members. The Fund is administered by a Board of Trustees consisting of management and union trustees.

7. Insurance benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement between Teamsters Local 251 and each employer.

8. The rights and obligations of the Fund and Defendant are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

9. The Trust Agreement provides, in relevant part, that Defendant shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

10. Pytko is a party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

11. Notwithstanding the aforesaid obligations, Defendant has:

(a) Failed to submit payroll reports to the Fund for the period of March 2004 to the present;

(b) Failed to make timely contributions to the Fund for the period of March 2004 to the present;

(c) Otherwise failed to comply with the terms and conditions of the Trust Agreement.

12. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. § 1132(a)(3) and § 1145.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award the Fund the unpaid contributions, interest on the unpaid contributions, liquidated damages, punitive damages, and attorneys' fees and costs, pursuant to 29 U.S.C. § 1132(g)(2); and

(b) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax. (401)294-4702

Dated: April 18, 2005