UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.,<br><br>Defendant | C.A. No. 05-164T |

# ANSWER

Defendant, Pytko Construction Corp. ("Pytko") hereby answers Plaintiff's Complaint as follows.

## Introduction

1. This is a prefatory paragraph to which no response is required. To the extent that a response is required, Denied.

## Parties And Jurisdiction

2. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 2 and therefore, they are denied.
3. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 3 and therefore, they are denied.
4. Admitted.
5. This paragraph states a legal conclusion to which no response is required.

## Facts

6. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 6 and therefore, they are denied.

3

7. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 7 and therefore, they are denied.
8. Pytko states that the Trust Agreement speaks for itself. To the extent that a further response is required, denied.
9. Pytko states that the Trust Agreement speaks for itself. To the extent that a further response is required, denied.
10. Admitted that Pytko is a party to collective bargaining agreement. Pytko further states that the collective bargaining agreement speaks for itself. To the extent that a further response is required, denied.
11. Denied.
12. Denied.

First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

PYTKO CONSTRUCTION CORP.
By its Attorneys,

Thomas W. Heald, Esq. #1694

Roger LeBoeuf, Esq. #5208

William E. Sanford, III, Esq. #6418
Heald & LeBoeuf, Esq.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817
Tel: (401) 421-1500
Fax: (401) 331-5886

CERTIFICATION

I hereby certify that I have mailed a true copy of the within Answer to Elizabeth Wiens, Esq. and Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852, this 12th day of May, 2005.

______________________________