**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION Defendant. | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: May 12, 2005

H

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 13th day of May, 2005, to the following party of record:

Paul P. Pytko, President
Pytko Construction Corp.
654 Eddie Dowling Highway
North Smithfield, RI 02896

Kerrie L Kamoski

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>PYTKO CONSTRUCTION CORPORATION:<br>Defendant. | C.A. No. 05-164T |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.
2. The Complaint in this case was filed on April 20, 2005. Defendant was served with a copy of the Complaint and summons by Constable Thomas Noury on April 22, 2005.
3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.
4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the

Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: May 12, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 12th day of ~~March~~ May, 2005.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/09

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 13th day of May, 2005, to the following party of record:

Paul P. Pytko, President
Pytko Construction Corp.
654 Eddie Dowling Highway
North Smithfield, RI 02896

Kerrie L Kaneski