**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION: Defendant. | |

**PLAINTIFFS' WITHDRAWAL OF APPLICATION FOR DEFAULT**

Notwithstanding Defendant's late-filed answer, Plaintiffs hereby withdraw it Application for Entry of Default in the above-entitled matter.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Date: May 16, 2005

5

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 17 day of May, 2005, to the following party of record:

Thomas W. Heald, Esq.
Law Offices of Thomas W. Heald
606 Old Colony House
58 Weybosset St.
Providence, RI 02903