**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED MAY 18 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 05-164T

PYTKO CONSTRUCTION CORPORATION:
Defendant.

**PLAINTIFFS' WITHDRAWAL OF APPLICATION FOR DEFAULT**

Notwithstanding Defendant's late-filed answer, Plaintiffs hereby withdraw it Application for Entry of Default in the above-entitled matter.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
5/31/05

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Date: May 16, 2005

6

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 17 day of May, 2005, to the following party of record:

Thomas W. Heald, Esq.
Law Offices of Thomas W. Heald
606 Old Colony House
58 Weybosset St.
Providence, RI 02903

Kerrie L Kaminski