UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 05-164T

PYTKO CONSTRUCTION CORP.,
Defendant

MOTION TO WITHDRAW

Now come Thomas W. Heald, Roger N. LeBoeuf and William E. Sanford and hereby request this Honorable Court for an Order allowing leave to withdraw in the above noted action as attorneys for Pytko Construction Corp.

In support of this motion, this court is respectfully referred to the Memorandum of Law attached hereto.

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208

William E. Sanford, III, Reg. # 6418
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

7

## CERTIFICATION

I hereby certify that I have mailed a true copy of the within Motion to Elizabeth Wiens, Esq. and Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852, this 27th day of May, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP., Defendant | |

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW

Thomas W. Heald, Roger N. LeBoeuf and William E. Sanford (hereafter "movants") request this Honorable Court for an Order allowing leave to withdraw as attorneys for Pytko Construction Corp. in the above noted matter. In support of the motion, movants state that: (1) that there are irreconcilable differences in the long-standing relationship between movants and Pytko including Pytko's failure to fulfill its fee obligations and that under the circumstances, movants cannot provide Pytko with adequate legal representation. See Rivera-Domenech v. Calvesbert Law Offices, No. 03-1471 slip op. At 3 (1st Cir. March 29, 2005) ("In similar circumstances, circuit courts, including this one, have found the denial of a motion to withdraw to be an abuse of discretion . . . It simply expects too much of counsel to expend the additional energy necessary to go to trial, and to front the necessary expenses without any real assurance that he will be paid for any of it, especially where he already is owed a substantial sum and the client has violated the written fee agreement"); (2) that movants have provided Pytko with a copy of this Motion and Memorandum by certified mail, return receipt requested; (3) that movants will fully cooperate with any successor counsel hired by Pytko in preparation of its case.

Wherefore, for the above stated reasons, movants request the following Order from this Court:

1. The motion of Thomas W. Heald, Roger N. LeBoeuf and William E. Sanford to withdraw as attorneys for Pytko Construction Corp. is granted.

2. All notices are to be given to Plaintiff at its usual place of business:

Pytko Construction Corp.
654 Eddie Dowling Highway
North Smithfield, Rhode Island 02896

3. Movants will immediately forward a copy of this Court's Order to Pytko by certified mail, return receipt requested.

Respectfully Submitted,

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208

William E. Sanford, III, Reg. # 6418
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

CERTIFICATION

I hereby certify that I have mailed a true copy of the within Memorandum to Elizabeth Wiens, Esq. and Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852, this 27th day of MAY, 2005.