UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP., Defendant | |

AFFIDAVIT OF ROGER N. LEBOEUF, ESQ.

I, Roger N. LeBoeuf, being duly sworn, depose and say that I am an attorney of record for Defendant, Pytko Construction Corporation in the above action, and hereby state as follows:

1. That to the best of my knowledge and belief, Defendant, Pytko Construction Corporation is not in the military service of the United States or any nation, nor infants or incompetent, but said Defendant is a corporation doing business in North Smithfield, Rhode Island.

2. That Defendant, Pytko Construction Corporation's last known address is **654 Eddie Dowling Highway, North Smithfield, RI 02896.**

3. That, as set forth in the Certification attached to our Motion To Withdraw, I notified and properly served Plaintifff's attorneys, Marc Gursky, Esq. and Elizabeth Wiens, Esq. with our Motion To Withdraw. I am also serving Mr. Gursky and Ms. Wiens with a copy of this Affidavit and Certification by first class mail.

4. That by letter dated June 24, 2005, I also advised Pytko that any failure on their part to retain substitute counsel will not delay the trial date in this case. A true and accurate copy of my June 24, 2005 letter is attached hereto as Exhibit "A". This letter was faxed and mailed by

first class mail to Pytko on June 24. The letter has also been mailed to Pytko by certified mail, return receipt requested.

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

SUBSCRIBED AND SWORN TO BEFORE ME at Providence, RI

this 24th day of June, 2005.

Thomas W. Heald
Notary Public
My Comm. Expires: 9/8/2005

CERTIFICATION

I hereby certify that I have mailed a true copy of the within Affidavit upon Pytko Construction Corp., 654 Eddie Dowling Highway, North Smithfield, RI 02896 and Elizabeth Wiens, Esq. and Marc Gursky, Esq., Gurksy Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852 on this 27th day of June, 2005.