UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>PYTKO CONSTRUCTION CORP.,<br><br>Defendant | : | C.A. No. 05-164T |

CERTIFICATE IN SUPPORT OF MOTION TO WITHDRAW

As requested by the Clerk by notice dated June 20, 2005, I, Roger N. LeBoeuf, hereby certify as follows:

1. That Pytko Construction Corp. was notified of the pendency of this motion by letter dated May 27, 2005. A true and accurate copy of the May 27 letter, certified mail receipt, and "green card" signed for by Pytko Construction are attached hereto as Exhibit "A".

2. In my May 27 letter I advised Pytko that we were serving the Motion To Withdraw upon Pytko, "in accordance with the Federal Rules of Civil Procedure." By letter dated June 24, 2005, I also specifically advised Pytko that if Pytko objects to the Motion To Withdraw, "they must notify the Court immediately." I faxed this letter to Pytko, sent by first class mail, and am serving by certified mail, return receipt requested. A true and accurate copy of my June 24 letter to Pytko is attached hereto as Exhibit "B".

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

## CERTIFICATION

I hereby certify that I have mailed a true copy of the within Affidavit upon Pytko Construction Corp., 654 Eddie Dowling Highway, North Smithfield, RI 02896 and Elizabeth Wiens, Esq. and Marc Gursky, Esq., Gurksy Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852 on this 27th day of June, 2005.

______________________