UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director,
Plaintiffs,

v.

PYTKO CONSTRUCTION CORP.,
Defendant

C.A. No. 05-164T

# MOTION TO WITHDRAW

Now come Thomas W. Heald, Roger N. LeBoeuf and William E. Sanford and hereby request this Honorable Court for an Order allowing leave to withdraw in the above noted action as attorneys for Pytko Construction Corp.

In support of this motion, this court is respectfully referred to the Memorandum of Law attached hereto.

GRANTED
Ernest C. Torres
Chief, US District Judge
7/5/05

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208

William E. Sanford, III, Reg. # 6418
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)