UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director,<br>Plaintiffs, | : | C.A. No. 05-164T |
| v. | : | |
| PYTKO CONSTRUCTION CORP.,<br>Defendant | : | |

ENTRY OF APPEARANCE

Now come Thomas W. Heald and Roger N. LeBoeuf and hereby enter their appearance in the above referenced matter as attorneys for Defendant, Pytko Construction Corp.

PYTKO CONSTRUCTION CORP.
By Its Attorneys,

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208

HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

## CERTIFICATION

I hereby certify that I have mailed a true copy of the within Entry of Appearance to Elizabeth Wiens, Esq. and Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852, this 26 th day of JULY, 2005.