**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENT**

Plaintiffs move this Honorable Court for an order compelling Defendant to provide more responsive answers to Plaintiff's Request for Production within twenty (20) days. Plaintiffs' counsel certifies that he has in good faith conferred with Defendant's counsel in an effort to secure the responses without court action. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: February 13, 2006

CERTIFICATION

I hereby certify that a true copy of the within document was sent, postage pre-paid, to the following parties of record on the 14 day of February, 2006.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

Kerrie Kamoski

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | : | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENT**

Plaintiffs move this Honorable Court for an order compelling Defendant to provide more responsive answers to Plaintiff's Interrogatories within twenty (20) days. Plaintiffs' Request for Production is attached hereto as Exhibit 1. Defendant's Response to Plaintiffs' Request for Production is attached hereto as Exhibit 2.

This is an action under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. seeking enforcement of Defendant's obligations under a collective bargaining agreement ("CBA") with Teamsters Local 251 ("the Union") to make contributions to the Teamsters Local 251 Health Services and Insurance Plan ("Fund"), an employee benefit plan within the meaning of Sections 3(1) and 3(2) of ERISA, 29 U.S.C. §1002(1)&(2). Upon information and belief, for the period of November 2004 through the present, Defendant has submitted no contributions to the Fund on behalf of employees who have performed covered work under the CBA. In the

following request, Plaintiffs seeks information that would allow it to calculate the amount of contributions owed.

**REQUEST NO. 5:**

Any and all payroll reports, payroll checks, payroll tax returns, wage records, individual earnings records, check stubs, journals, registers, audits, quarterly returns, W-2 forms, tax records, time sheets, time cards, contribution reports, job classifications, general disbursement records, notes or other documents indicating wages or hours of members of Teamsters Local 251 for the period March 2004 through the present.

**RESPONSE:**

Objection. Overly broad, unduly burdensome, irrelevant and unlikely to lead to the discovery of admissible evidence. This request also appears to be designed to annoy, embarrass, harass and oppress Pytko.

Counsel for both parties have discussed the issues in this litigation. Counsel for both parties have agreed that there is only one potential Pytko employee at issue in this case and there is no dispute as to the number of hours this individual worked. Pytko contends that the individual in question worked in Massachusetts throughout the relevant time period and Pytko therefore does not owe contributions to Teamsters Local 251. The issue is whether Pytko is nevertheless responsible for contributions to Teamsters Local 251. There is a fairly minimal amount of money involved in this litigation. Pytko's payroll reports, etc. are irrelevant to this limited issue and the request is overly broad, unduly burdensome and appears designed to annoy, embarrass, harass and oppress Pytko.

**ARUGMENT:**

The requested information is clearly relevant to Plaintiffs' claim of Defendant's failure to pay contributions on behalf of its employees. Plaintiffs seek to obtain payroll records, etc. in order to calculate the number of hours contributions are owed for. The tax returns are necessary to determine any payments made to employees/subcontractors for covered work. Contrary to Defendant's contention, Plaintiffs are not in agreement that there is only one Pytko employee at issue. Plaintiffs require the requested documents before they can make the determination of how many employees are at issue, here. Likewise, Plaintiffs are not in agreement as to the number of hours worked by the Pytko employee who has been identified. Accordingly, Plaintiffs respectfully request that the Court grant their Motion to Compel.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: February 13, 2006

## CERTIFICATION

I hereby certify that a true copy of the within document was sent, postage pre-paid, to the following parties of record on the 14 day of February, 2006.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

Kerrie Kaminski