**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENT**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that Defendant Pytko Construction Corporation produce and make available true and exact copies of the following documents to be inspected at the office of GURSKY LAW ASSOCIATES, 420 Scrabbletown Rd., North Kingstown, R.I. 02852 within thirty (30) days of receipt hereof:

Definitions and Instructions

A. The terms "Defendant" and "you" shall refer to Defendant Pytko Construction Corporation, its agents, representatives, and all other persons acting or purporting to act on Defendant's behalf or under its direction or control.

B. The term "document" means any recordings, writing, drawings, charges, photographs, memoranda, notes or other data compilations, or any other tangible thing with the scope of Rule 34.

C. The plural of any word used herein includes the singular and the singular includes the plural. The past tense of a verb includes the present tense and the present includes the past.

D. If any documents or other material or information is withheld for any reason, please identify such material specifically and in detail and the type of privilege claimed.

E. If any of the documents requests herein has been destroyed, please furnish a list identifying each such document, its author and addressee, each person to whom copies of the documents were furnished or to whom the contents thereof were communicated, a summary of the substance of the documents, the date (or approximate day) upon which it was destroyed, and the reason it was destroyed.

F. This demand is deemed to be continuing in nature, and in the event that you become aware of or acquire in your possession, custody or control, additional responsive documents, you are requested promptly to produce such additional documents for inspection and copying.

G. Documents shall be produced as they are kept in the regular course of business or, in the alternative, organized and labeled so as to correspond to the categories in this demand.

H. The term "covered employment" refers to the type of work described in the parties' CBA.

## Requests

1. Any and all documents Defendant relied upon in answering Plaintiffs' First Set of Interrogatories Propounded Upon Defendant, listing which document was used to answer which interrogatory.

2. Any and all agreements between Teamsters Local 251 Health Services and Insurance Plan ("Fund") or Teamsters Local 251 and Defendant.

3. Any and all checks or drafts (obverse and reverse) between Defendant and Plaintiff Fund during the period March 2004 to the present.

4. Any and all monthly remittance reports from Defendant to Plaintiff Fund for the period of March 2004 to the present.

5. Any and all payroll reports, payroll checks, payroll tax returns, wage records, individual earnings records, check stubs, journals, registers, audits, quarterly returns, W-2 forms, tax records, time sheets, time cards, contribution reports, job classifications, general disbursement records, notes or other documents indicating wages or hours of members of Teamsters Local 251 for the period March 2004 through the present.

6. Any and all documents supporting your denial of the allegations contained in Paragraphs 11 and 12 of the Complaint.

7. Any and all documents supporting the Affirmative Defense stated in your Answer.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent, postage pre-paid, to the following parties of record on the 1 day of December, 2005.

Thomas W. Heald, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817