JAN 09 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP., Defendant | : | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes Defendant, Pytko Construction Corp. ("Pytko") and hereby responds to Plaintiff's Request For Production Of Documents as follows:

Pytko objects to the prefatory paragraphs, definitions and instructions on the ground and to the extent they purport to impose on Pytko obligations of discovery beyond those set forth in the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the District of Rhode Island.

REQUEST NO. 1

Any and all documents Defendant relied upon in answering Plaintiffs' First Set of Interrogatories Propounded Upon Defendant, list which document was used to answer which interrogatory.

*Response: See Answer to Interrogatory No. 3 and Tabs 1 and 6 attached.*

REQUEST NO. 2

Any and all agreements between Teamsters Local 251 Health Services and Insurance Plan ("Fund") or Teamsters Local 251 and Defendant.

*Response: Pytko is currently unable to locate the copy of the most recent collective bargaining agreement with Teamsters Local 251. Attached hereto please find the most recent Collective Bargaining agreement that Pytko has on file which is for 1997 – 2000. See Tab 2 attached.*

REQUEST NO. 3

Any and all checks and drafts (obverse and reverse) between Defendant and Plaintiff Fund during the period March 2004 to the present.

*Response: See checks in Tab 1 attached.*

REQUEST NO. 4

Any and all monthly remittance reports to Plaintiff Fund for the period of March 2004 to the present.

*Response: See Tabs 1 and 4 attached.*

REQUEST NO. 5

Any and all payroll reports, payroll checks, payroll tax returns, wage records, individual earnings records, check stubs, journals, registers, audits, quarterly returns, W-2 forms, tax records, time sheets, time cards, contribution reports, job classifications, general disbursement records, notes or other documents indicating wages or hours of members of Teamsters Local 251 for the period March 2004 through the present.

*Response: Objection. Overly broad, unduly burdensome, irrelevant and unlikely to lead to the discovery of admissible evidence. This request also appears to be designed to annoy, embarrass, harass and oppress Pytko.*

*Counsel for both parties have discussed the issues in this litigation. Counsel for both parties have agreed that there is only one potential Pytko employee at issue in this case and there is no dispute as to the number of hours this individual worked. Pytko contends that the individual in question worked in Massachusetts throughout the relevant time period and Pytko therefore does not owe contributions to Teamsters Local 251. The issue is whether Pytko is nevertheless responsible for contributions to the Plaintiff Fund with respect to this individual. There is a fairly minimal amount of money involved in this litigation. Pytko's payroll reports, payroll checks, payroll tax returns, wage records, individual earnings records, check stubs, journals, registers, audits, quarterly returns, W-2 forms, tax records, time sheets, time cards, contribution reports, job classifications, general disbursement records, etc. are irrelevant to this limited issue and the request is overly broad, unduly burdensome and appears designed to annoy, embarrass, harass and oppress Pytko.*

REQUEST NO. 6

Any and all documents supporting your denial of the allegations contained in Paragraphs 11 and 12 of the Complaint.

*Response: See Tabs 1, 2, 4 and 6 attached.*

REQUEST NO. 7

Any and all documents supporting the Affirmative Defense stated in your answer.

*Response: See Response to Request No. 6.*

PYTKO CONSTRUCTION CORP.
By Its Attorneys,

Thomas W. Heald, Reg. # 1694
Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

CERTIFICATION

I hereby certify that I have mailed a true copy of the within Response to Elizabeth Wiens, Esq. and Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852, this 6th day of January, 2006.