FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 07 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

C.A. No. 05-164T

PYTKO CONSTRUCTION CORPORATION
Defendant.

**PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENT**

Plaintiffs move this Honorable Court for an order compelling Defendant to provide more responsive answers to Plaintiff's Request for Production within twenty (20) days. Plaintiffs' counsel certifies that he has in good faith conferred with Defendant's counsel in an effort to secure the responses without court action. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 3/6/06

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
March 8, 2006