**Pytko**

# SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **William Perkins** | | | | | | |
| Mar. 04 | 4/10/04 | 150 | $5.46 | $819.38 | 1.50% | 12/28/04 | 262 | $107.34 | $163.88 | |
| Apr. 04 | 5/10/04 | 172 | $5.46 | $939.55 | 1.50% | 12/28/04 | 232 | $108.99 | $187.91 | |
| May. 04 | 6/10/04 | 147 | $5.46 | $802.99 | 1.50% | 12/28/04 | 201 | $80.70 | $160.60 | |
| June.04 | 7/10/04 | 160 | $5.46 | $874.00 | 1.50% | 12/28/04 | 171 | $74.73 | $174.80 | |
| July.04 | 8/10/04 | 200 | $5.46 | $1,092.50 | 1.50% | 12/28/04 | 140 | $76.48 | $218.50 | |
| Aug.04 | 9/10/04 | 160 | $5.86 | $938.00 | 1.50% | 12/28/04 | 109 | $51.12 | $187.60 | |
| Sept.04 | 10/10/04 | 154 | $5.86 | $902.83 | 1.50% | 12/28/04 | 79 | $35.66 | $180.57 | |
| Oct.04 | 11/10/04 | 192 | $5.86 | $1,125.60 | 1.50% | 3/10/06 | 485 | $272.96 | $225.12 | |
| Nov.04 | 12/10/04 | 136 | $5.86 | $797.30 | 1.50% | 3/10/06 | 455 | $181.39 | $159.46 | |
| Dec.04 | 1/10/05 | 200 | $5.86 | $1,172.50 | 1.50% | 3/10/06 | 424 | $248.57 | $234.50 | |
| Jan.05 | 2/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 393 | $184.32 | $187.60 | |
| Feb.05 | 3/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 365 | $171.19 | $187.60 | |
| Mar.05 | 4/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 334 | $156.65 | $187.60 | |
| Apr. 05 | 5/10/05 | 0 | $5.46 | $0.00 | 1.50% | 3/10/06 | 304 | $0.00 | $0.00 | |
| May. 05 | 6/10/05 | 80 | $5.46 | $437.00 | 1.50% | 3/10/06 | 273 | $59.65 | $87.40 | |
| June.05 | 7/10/05 | 168 | $5.46 | $917.70 | 1.50% | 3/10/06 | 243 | $111.50 | $183.54 | |
| July.05 | 8/10/05 | 152 | $5.46 | $830.30 | 1.50% | 3/10/06 | 212 | $88.01 | $166.06 | |
| Aug.05 | 9/10/05 | 139 | $6.26 | $870.49 | 1.50% | 3/10/06 | 181 | $78.78 | $174.10 | |
| Sept.05 | 10/10/05 | 200 | $6.26 | $1,252.50 | 1.50% | 3/10/06 | 151 | $94.56 | $250.50 | |
| Oct.05 | 11/10/05 | 160 | $6.26 | $1,002.00 | 1.50% | 3/10/06 | 120 | $60.12 | $200.40 | |
| Nov.05 | 12/10/05 | 156 | $6.26 | $976.95 | 1.50% | 3/10/06 | 90 | $43.96 | $195.39 | |
| Dec.05 | 1/10/06 | 169 | $6.26 | $1,058.36 | 1.50% | 3/10/06 | 59 | $31.22 | $211.67 | |
| Jan.06 | 2/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 3/10/06 | 28 | $14.03 | $200.40 | |
| Feb.06 | 3/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 3/10/06 | 0 | $0.00 | $200.40 | |
| | | 2,392 | | $21,627.94 | | | | $2,331.91 | $4,325.59 | $28,285.44 |
| | | | | **Joseph Silva** | | | | | | |
| Apr. 04 | 5/10/04 | 99.5 | $5.46 | $543.52 | 1.50% | 11/6/06 | 910 | $247.30 | $108.70 | |
| May. 04 | 6/10/04 | 128 | $5.46 | $699.20 | 1.50% | 11/6/06 | 879 | $307.30 | $139.84 | |
| June.04 | 7/10/04 | 28 | $5.46 | $152.95 | 1.50% | 11/6/06 | 849 | $64.93 | $30.59 | |
| | | 256 | | $1,396 | | | | $620 | $279 | $2,294.33 |
| | | | | **Ronald Tartaglia** | | | | | | |
| Jan.05 | 2/10/05 | 44 | $5.86 | $257.95 | 1.50% | 11/6/06 | 634 | $81.77 | $51.59 | |
| | | 44 | | $257.95 | | | | $81.77 | $51.59 | $391.31 |

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **John Medeiros** | | | | | |
| July.04 | 8/10/04 | 176 | $5.46 | $961.40 | 1.50% | 11/6/06 | 818 | $393.21 | $192.28 | |
| Aug.04 | 9/10/04 | 160 | $5.86 | $938.00 | 1.50% | 11/6/06 | 787 | $369.10 | $187.60 | |
| Sept.04 | 10/10/04 | 160 | $5.86 | $938.00 | 1.50% | 11/6/06 | 757 | $355.03 | $187.60 | |
| Oct.04 | 11/10/04 | 184 | $5.86 | $1,078.70 | 1.50% | 11/6/06 | 726 | $391.57 | $215.74 | |
| Nov.04 | 12/10/04 | 152 | $5.86 | $891.10 | 1.50% | 11/6/06 | 696 | $310.10 | $178.22 | |
| Dec.04 | 1/10/05 | 112 | $5.86 | $656.60 | 1.50% | 11/6/06 | 665 | $218.32 | $131.32 | |
| Jan.05 | 2/10/05 | 160 | $5.86 | $938.00 | 1.50% | 11/6/06 | 634 | $297.35 | $187.60 | |
| Feb.05 | 3/10/05 | 160 | $5.86 | $938.00 | 1.50% | 11/6/06 | 606 | $284.21 | $187.60 | |
| Mar.05 | 4/10/05 | 160 | $5.86 | $938.00 | 1.50% | 11/6/06 | 575 | $269.68 | $187.60 | |
| Apr. 05 | 5/10/05 | 0 | $5.46 | $0.00 | 1.50% | 11/6/06 | 545 | $0.00 | $0.00 | |
| May. 05 | 6/10/05 | 40 | $5.46 | $218.50 | 1.50% | 11/6/06 | 514 | $56.15 | $43.70 | |
| June.05 | 7/10/05 | 152 | $5.46 | $830.30 | 1.50% | 11/6/06 | 484 | $200.93 | $166.06 | |
| | | 1616 | | $9,326.60 | | | | $3,145.66 | $1,865.32 | $14,337.58 |
| | | | | | **Dan Dayton** | | | | | |
| Dec.04 | 1/10/05 | 40 | $5.86 | $234.50 | 1.50% | 11/6/06 | 665 | $77.97 | $46.90 | |
| Jan.05 | 2/10/05 | 76 | $5.86 | $445.55 | 1.50% | 11/6/06 | 634 | $141.24 | $89.11 | |
| Feb.05 | 3/10/05 | 0 | $5.86 | $0.00 | 1.50% | 11/6/06 | 606 | $0.00 | $0.00 | |
| Mar.05 | 4/10/05 | 0 | $5.86 | $0.00 | 1.50% | 11/6/06 | 575 | $0.00 | $0.00 | |
| Apr. 05 | 5/10/05 | 148.05 | $5.46 | $808.72 | 1.50% | 11/6/06 | 545 | $220.38 | $161.74 | |
| May. 05 | 6/10/05 | 104 | $5.46 | $568.10 | 1.50% | 11/6/06 | 514 | $146.00 | $113.62 | |
| June.05 | 7/10/05 | 104 | $5.46 | $568.10 | 1.50% | 11/6/06 | 484 | $137.48 | $113.62 | |
| July.05 | 8/10/05 | 0 | $5.46 | $0.00 | 1.50% | 11/6/06 | 453 | $0.00 | $0.00 | |
| Aug.05 | 9/10/05 | 64 | $6.26 | $400.80 | 1.50% | 11/6/06 | 422 | $84.57 | $80.16 | |
| Sept.05 | 10/10/05 | 4 | $6.26 | $25.05 | 1.50% | 11/6/06 | 392 | $4.91 | $5.01 | |
| | | 540 | | $3,050.82 | | | | $812.55 | $610.16 | $4,473.54 |
| **SubTotal** | | | | $35,658.98 | | | | $6,991.42 | $7,131.80 | |
| **AMT** | **PAID** | | | $6,556.85 | | 12/28/04 | | $0.00 | $0.00 | |
| | | | | $13,116.91 | | 3/10/06 | | $0.00 | $0.00 | |
| **TOTAL** | | | | $15,985.22 | | | | $6,991.42 | $7,131.80 | $30,108.43 |
| **ATTYS** | **FEES** | | | | | | | | | $3,206.25 |
| **COSTS** | | | | | | | | | | $290.00 |
| **TOTAL** | **OWED** | | | | | | | | | $33,604.68 |