**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | : | |

**PLAINTIFFS' UPDATED SECOND PRETRIAL MEMORANDUM**

Plaintiffs Local 251 Health Services and Insurance Plan et. al., by and through their undersigned counsel, submit the following updated pretrial memorandum:

**D. DAMAGES**

Defendant owes $32,538.85 as of December 30, 2006. See Summary of Claim, attached. This number does not include attorneys' fees and costs. These numbers are based on remittance reports Defendant submitted to the Fund as well as information the Fund received regarding hours worked by members of Local 251 whom Defendant failed to report hours for. Defendant has made some payments since this Complaint was filed which have been subtracted from the total amount owed.

**G. PENDING MATTERS**

There are no pending matters.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens
Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Objection on November 30, 2006. The Objection is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

/s/ Elizabeth Wiens