**TEAMSTERS LOCAL 251 HSIP/PYTKO**
SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **William Perkins** | | | | | | |
| Mar. 04 | 4/10/04 | 150 | $5.46 | $819.38 | 1.50% | 12/28/04 | 262 | $107.34 | $163.88 | |
| Apr. 04 | 5/10/04 | 172 | $5.46 | $939.55 | 1.50% | 12/28/04 | 232 | $108.99 | $187.91 | |
| May. 04 | 6/10/04 | 147 | $5.46 | $802.99 | 1.50% | 12/28/04 | 201 | $80.70 | $160.60 | |
| June.04 | 7/10/04 | 160 | $5.46 | $874.00 | 1.50% | 12/28/04 | 171 | $74.73 | $174.80 | |
| July.04 | 8/10/04 | 200 | $5.46 | $1,092.50 | 1.50% | 12/28/04 | 140 | $76.48 | $218.50 | |
| Aug.04 | 9/10/04 | 160 | $5.86 | $938.00 | 1.50% | 12/28/04 | 109 | $51.12 | $187.60 | |
| Sept.04 | 10/10/04 | 154 | $5.86 | $902.83 | 1.50% | 12/28/04 | 79 | $35.66 | $180.57 | |
| Oct.04 | 11/10/04 | 192 | $5.86 | $1,125.60 | 1.50% | 3/10/06 | 485 | $272.96 | $225.12 | |
| Nov.04 | 12/10/04 | 136 | $5.86 | $797.30 | 1.50% | 3/10/06 | 455 | $181.39 | $159.46 | |
| Dec.04 | 1/10/05 | 200 | $5.86 | $1,172.50 | 1.50% | 3/10/06 | 424 | $248.57 | $234.50 | |
| Jan.05 | 2/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 393 | $184.32 | $187.60 | |
| Feb.05 | 3/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 365 | $171.19 | $187.60 | |
| Mar.05 | 4/10/05 | 160 | $5.86 | $938.00 | 1.50% | 3/10/06 | 334 | $156.65 | $187.60 | |
| Apr. 05 | 5/10/05 | 0 | $5.86 | $0.00 | 1.50% | 3/10/06 | 304 | $0.00 | $0.00 | |
| May. 05 | 6/10/05 | 80 | $5.86 | $469.00 | 1.50% | 3/10/06 | 273 | $64.02 | $93.80 | |
| June.05 | 7/10/05 | 168 | $5.86 | $984.90 | 1.50% | 3/10/06 | 243 | $119.67 | $196.98 | |
| July.05 | 8/10/05 | 152 | $5.86 | $891.10 | 1.50% | 3/10/06 | 212 | $94.46 | $178.22 | |
| Aug.05 | 9/10/05 | 139 | $6.26 | $870.49 | 1.50% | 3/10/06 | 181 | $78.78 | $174.10 | |
| Sept.05 | 10/10/05 | 200 | $6.26 | $1,252.50 | 1.50% | 3/10/06 | 151 | $94.56 | $250.50 | |
| Oct.05 | 11/10/05 | 160 | $6.26 | $1,002.00 | 1.50% | 3/10/06 | 120 | $60.12 | $200.40 | |
| Nov.05 | 12/10/05 | 156 | $6.26 | $976.95 | 1.50% | 3/10/06 | 90 | $43.96 | $195.39 | |
| Dec.05 | 1/10/06 | 169 | $6.26 | $1,058.36 | 1.50% | 11/10/06 | 304 | $160.87 | $211.67 | |
| Jan.06 | 2/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 11/10/06 | 273 | $136.77 | $200.40 | |
| Feb.06 | 3/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 12/30/06 | 295 | $147.80 | $200.40 | |
| Mar. 06 | 4/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 12/30/06 | 264 | $132.26 | $200.40 | |
| April.06 | 5/10/06 | 68 | $6.26 | $425.85 | 1.50% | 12/30/06 | 234 | $49.82 | $85.17 | |
| May.06 | 6/10/06 | 88 | $6.26 | $551.10 | 1.50% | 12/30/06 | 203 | $55.94 | $110.22 | |
| June.06 | 7/10/06 | 148 | $6.26 | $926.85 | 1.50% | 12/30/06 | 173 | $80.17 | $185.37 | |
| July.06 | 8/10/06 | 156.5 | $6.26 | $980.08 | 1.50% | 12/30/06 | 142 | $69.59 | $196.02 | |
| Aug. 06 | 9/10/06 | 160 | $6.26 | $1,002.00 | 1.50% | 12/30/06 | 111 | $55.61 | $200.40 | |
| Sept.06 | 10/10/06 | 200 | $6.66 | $1,332.50 | 1.50% | 12/30/06 | 81 | $53.97 | $266.50 | |
| Oct.06 | 11/10/06 | 176 | $6.66 | $1,172.60 | 1.50% | 12/30/06 | 50 | $29.32 | $234.52 | |
| Nov. 06 | 12/10/06 | 128 | $6.66 | $852.80 | 1.50% | 12/30/06 | 20 | $8.53 | $170.56 | |
| | | 3,837 | | $21,787.94 | | | | $2,751.08 | $4,357.59 | $28,896.60 |
| | | | | **Joseph Silva** | | | | | | |
| Apr. 04 | 5/10/04 | 99.5 | $5.46 | $543.52 | 1.50% | 12/30/06 | 964 | $261.98 | $108.70 | |
| May. 04 | 6/10/04 | 128 | $5.46 | $699.20 | 1.50% | 12/30/06 | 933 | $326.18 | $139.84 | |
| June.04 | 7/10/04 | 28 | $5.46 | $152.95 | 1.50% | 12/30/06 | 903 | $69.06 | $30.59 | |
| | | 256 | | $1,396 | | | | $657 | $279 | $2,332.01 |

**TEAMSTERS LOCAL 251 HSIP/PYTKO**

SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Ronald Tartaglia** | | | | | |
| Jan.05 | 2/10/05 | 44 | $5.86 | $257.95 | 1.50% | 12/30/06 | 688 | $88.73 | $51.59 | |
| | | 44 | | $257.95 | | | | $88.73 | $51.59 | $398.27 |
| | | | | | **John Medeiros** | | | | | |
| July.04 | 8/10/04 | 176 | $5.46 | $961.40 | 1.50% | 12/30/06 | 872 | $419.17 | $192.28 | |
| Aug.04 | 9/10/04 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 841 | $394.43 | $187.60 | |
| Sept.04 | 10/10/04 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 811 | $380.36 | $187.60 | |
| Oct.04 | 11/10/04 | 184 | $5.86 | $1,078.70 | 1.50% | 12/30/06 | 780 | $420.69 | $215.74 | |
| Nov.04 | 12/10/04 | 152 | $5.86 | $891.10 | 1.50% | 12/30/06 | 750 | $334.16 | $178.22 | |
| Dec.04 | 1/10/05 | 112 | $5.86 | $656.60 | 1.50% | 12/30/06 | 719 | $236.05 | $131.32 | |
| Jan.05 | 2/10/05 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 688 | $322.67 | $187.60 | |
| Feb.05 | 3/10/05 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 660 | $309.54 | $187.60 | |
| Mar.05 | 4/10/05 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 629 | $295.00 | $187.60 | |
| Apr. 05 | 5/10/05 | 0 | $5.46 | $0.00 | 1.50% | 12/30/06 | 599 | $0.00 | $0.00 | |
| May. 05 | 6/10/05 | 40 | $5.46 | $218.50 | 1.50% | 12/30/06 | 568 | $62.05 | $43.70 | |
| June.05 | 7/10/05 | 152 | $5.46 | $830.30 | 1.50% | 12/30/06 | 538 | $223.35 | $166.06 | |
| | | 1616 | | $9,326.60 | | | | $3,397.48 | $1,865.32 | $14,589.40 |
| | | | | | **Dan Dayton** | | | | | |
| Dec.04 | 1/10/05 | 40 | $5.86 | $234.50 | 1.50% | 12/30/06 | 719 | $84.30 | $46.90 | |
| Jan.05 | 2/10/05 | 76 | $5.86 | $445.55 | 1.50% | 12/30/06 | 688 | $153.27 | $89.11 | |
| Feb.05 | 3/10/05 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 660 | $309.54 | $187.60 | |
| Mar.05 | 4/10/05 | 160 | $5.86 | $938.00 | 1.50% | 12/30/06 | 629 | $295.00 | $187.60 | |
| Apr. 05 | 5/10/05 | 148.05 | $5.46 | $808.72 | 1.50% | 12/30/06 | 599 | $242.21 | $161.74 | |
| May. 05 | 6/10/05 | 104 | $5.46 | $568.10 | 1.50% | 12/30/06 | 568 | $161.34 | $113.62 | |
| June.05 | 7/10/05 | 104 | $5.46 | $568.10 | 1.50% | 12/30/06 | 538 | $152.82 | $113.62 | |
| July.05 | 8/10/05 | 0 | $5.46 | $0.00 | 1.50% | 12/30/06 | 507 | $0.00 | $0.00 | |
| Aug.05 | 9/10/05 | 64 | $6.26 | $400.80 | 1.50% | 12/30/06 | 476 | $95.39 | $80.16 | |
| Sept.05 | 10/10/05 | 4 | $6.26 | $25.05 | 1.50% | 12/30/06 | 446 | $5.59 | $5.01 | |
| | | 860 | | $4,926.82 | | | | $1,499.46 | $985.36 | $7,411.65 |
| **SubTotal** | | | | $37,694.98 | | | | $8,393.96 | $7,539.00 | |
| **AMT** | **PAID** | | | $6,556.85 | | 12/28/04 | | $0.00 | $0.00 | |
| | | | | $13,116.91 | | 3/10/06 | | $0.00 | $0.00 | |
| | | | | $1,415.33 | | 11/10/06 | | $0.00 | $0.00 | |
| **TOTAL** | | | | $16,605.89 | | | | $8,393.96 | $7,539.00 | **$32,538.85** |