UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | District Court of the United States District of Rhode Island Rec'd ~~Filed~~ in open Court this 23 day of Feb 2007 [signature] Clerk |
| v. | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION Defendant. | |

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment is entered in favor of Teamsters Local 251 Health Services and Insurance Plan, et. al. ("Fund") and against Pytko Construction Company ("Company" or "Defendant") for unpaid contributions, interest, penalties, attorneys' fees and costs pursuant to 29 U.S.C §§1132(g)(2) in the amount of $ 26,795.68 which includes:

| | | |
|---|---|---|
| (a) | Contributions (3/04-11/06) | $ 9,927.87 |
| (b) | Interest (1.5% per month) | $ 4,641.82 |
| (c) | Penalty (20%) | $ 6,696.98 |
| (c) | Attorneys' Fees and Costs (through 2/22/07) | $ 7,405.00 |
| TOTAL | | $ 26,795.68 |

2. Defendant agrees submit the aforementioned amount to the Fund by May 31, 2007 in three equal monthly installments, the first installment due March 31, 2007, the second installment due April 31, 2007 and the third installment due May 31, 2007.

3. This Judgment shall be deemed satisfied in full if Defendant submits the amount of $23,447.19 to Plaintiffs in two equal installments, the first installment by March 31, 2007 and the second installment by April 31, 2007.

4. The Judgment shall be deemed satisfied in full if Defendant submits the amount of $20,098.70 to Plaintiffs by March 31, 2007.

5. In addition, Defendant agrees to pay all contributions owed to the Fund through April, 2007 by May 31, 2007.

6. If Defendant fails to make payments in accordance with one of the three options for payment as indicated above, Plaintiffs may (1) apply to this Court or to the Court in which enforcement is sought for interest on the total amount owed, which shall accrue under 29 U.S.C. §1132(g)(2)(c)(i) from February 26, 2007 until the date judgment is paid in full and (2) request that this Court adjudge Defendant in contempt.

7. The Fund is entitled to reimbursement from the Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

Plaintiffs,
Teamsters Local 251 HSIP, et.al.,
By their Attorney,

Elizabeth A. Wiens #6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: 2/23/07

Defendant,
Pytko Construction Corporation,
By its Attorney,

Roger N. LeBoeuf, #5208
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
(401) 421-1500
(401) 331-5886

Dated: 2/23/07

BY THE COURT

CHIEF JUDGE ERNEST C. TORRES
United States District Judge

Dated: 2/24/07