**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | : | |

**PLAINTIFFS' MOTION TO ADJUDGE IN CONTEMPT**

Now come Plaintiffs, by and through their attorney, and move that this Honorable Court adjudge Defendant in contempt of a Consent Judgment entered on February 24, 2007.

As reason therefore, Plaintiffs offer the accompanying memorandum.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens
Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on November 8, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

/s/ Elizabeth Wiens

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORPORATION<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' MOTION TO ADJUDGE IN CONTEMPT**

This matter is before the Court on Plaintiffs' Motion to Adjudge Defendant in Contempt for failure to comply with the terms of the Consent Judgment entered by this Court on February 24, 2007. The facts are as follows:

1. On February 24, 2007, this Court entered a Consent Judgment in this matter. See Document 22.

2. The Judgment requires Defendant to pay the sum of $20,098.70 to Plaintiffs by March 31, 2007. In additional, Defendant was required to pay all other contributions owed to the Fund by May 31, 2007.

3. The Judgment further provides that if Defendant fails to make the aforementioned payments, Plaintiffs may apply to this Court for interest on the total amount owed, which shall accrue from February 26, 2007 until the date judgment is paid in full. Plaintiffs may also request that this Court adjudge Defendant in contempt.

4. Finally, the Judgment provides that Plaintiffs are entitled to reimbursement from Defendant for all attorneys' fees and costs incurred in the enforcement of this Judgment.

5. Plaintiffs have sent at least six letters to Defendant advising it of its delinquency in the above-entitled matter.

6. As of this date, Defendant has made no payments to Plaintiffs.

Therefore, Plaintiffs request that his Honorable Court hold Defendant in contempt, award Plaintiffs legal fees, interest at a rate of 1.5% per month and costs for this action, and order such other legal or equitable relief as the Court deems appropriate.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens

Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on November 8, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

/s/ Elizabeth Wiens