UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and Paul A. MacDonald in his official capacity as Executive Director | : | |
| vs. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP. | : | |

OBJECTION TO PLAINTIFFS' MOTION TO ADJUDGE IN CONTEMPT

Defendant, Pytko Construction Corp. hereby objects to Plaintiff's Motion To Adjudge In Contempt. In support of this objection, Pytko refers this Court to the Memorandum of Law and exhibits attached thereto.

PYTKO CONSTRUCTION CORP.
By Its Attorneys,

/s/ Roger N. LeBoeuf

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
One Turks Head Place
76 Westminster Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Dated: November 26, 2007