UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and Paul A. MacDonald in his official capacity as Executive Director | : | |
| vs. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP. | : | |

DEFENDANT, PYTKO CONSTRUCTION CORP.'S MEMORANDUM OF LAW
IN SUPPORT OF OBJECTION TO
PLAINTIFFS' MOTION TO ADJUDGE IN CONTEMPT

Plaintiff has filed this motion to adjudge Defendant, Pytko Construction Corp. in contempt for failure to satisfy the payment terms set forth in the settlement agreement filed at the conclusion of this action. Pytko does not dispute that it has been unable to comply with the financial terms of the settlement agreement. Pytko agrees that Plaintiff is entitled to a judgment in accordance with the terms of the settlement agreement. However, Plaintiff, has not identified the amount of the judgment that it believes should enter. Pytko therefore cannot comment on an appropriate amount at this time.

While entry of judgment may be appropriate, contempt is not. Plaintiff has made a troubling representation in its memorandum. Plaintiff's request for contempt is based primarily on a representation in paragraph 5 of plaintiff's memorandum that, "Plaintiffs have sent at least six letters to Defendant advising it of its delinquency in the above

matter."[1] Plaintiff's counsel has failed to produce copies of these letters or evidence that they were sent. In any event, plaintiff did not send any of these notices to Pytko's counsel. In fact, Plaintiff's contempt motion was the first notice to Pytko's counsel of any kind that his client had not complied with the terms of the settlement agreement.[2] The Consent Order And Judgment is an agreement touching upon the business of the Court. Pytko's counsel should have been notified of any alleged breach.

The lack of notice also raises a potentially serious question. Plaintiff has not stated in its memorandum whether Mr. Gursky's office wrote these letters directly to Pytko, or whether the plaintiff wrote to Pytko. The former action would be a serious breach of the rules of professional conduct.

The corporation's inability to pay is due to financial difficulty. Pytko is a small-family owned construction company. Pytko is owed almost $5.5million for site work that it performed on two Massachusetts public works construction projects. Pytko has filed suit in both cases, Worcester County Superior Court C.A. No. WOCV2007-01829 and Norfolk County Superior Court C.A. No. NOCV2006-01887. Copies of the first page of Pytko's Complaint in each case are attached as Exhibit "A" and "B".

In summary, a request for entry of judgment per the settlement agreement is appropriate. The request for contempt is not. Wherefore, for the above noted reasons, Defendant Pytko Construction Corp. requests that this Court deny plaintiff's motion to adjudge Defendant, Pytko Construction Corp. in contempt.

---

[1] Plaintiff made this statement without attaching copies of the alleged letters or introducing any affidavit showing that these letters were in fact sent.

PYTKO CONSTRUCTION CORP.
By Its Attorneys,

/s/ Roger N. LeBoeuf
Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
One Turks Head Place
76 Westminster Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Dated: November 26, 2007

[2] Having not heard from Mr. Gursky's office in some time, Pytko's counsel had closed its file on this matter and sent the file to off-site storage.