COMMONWEALTH OF MASSACHUSETTS

COUNTY OF WORCESTER, ss: SUPERIOR COURT

PYTKO CONSTRUCTION CORP. )
)
VS. ) C.A. No.:
)
TLT CONSTRUCTION CORP.; )
XL SPECIALTY INSURANCE COMPANY; )
XL REINSURANCE AMERICA INC.; )
WACHUSETT REGIONAL SCHOOL )
DISTRICT )

COMPLAINT

Count I
TLT - Breach of Contract

1. Plaintiff Pytko Construction Corp. ("Pytko") is a corporation organized and existing under the laws of the State of Rhode Island with a principal place of business in North Smithfield, Rhode Island.
2. Defendant TLT Construction Corp. ("TLT") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Wakefield, MA.
3. On or about June 2, 2004, Pytko entered into a subcontract with TLT whereby Pytko was to supply labor and materials on a construction project known as "Additions & Renovations to the Wachusett Regional High School" ("project"). TLT was the general contractor for the project.
4. Pytko provided its labor and materials pursuant to the subcontract satisfactorily and without complaint.
5. Despite repeated demands for payment, TLT has refused or is unable to pay Pytko the balance owed on the subcontract of $4,519,771.72 and is in breach of the subcontract.