COMMONWEALTH OF MASSACHUSETTS

COUNTY OF NORFOLK, SS: SUPERIOR COURT

PYTKO CONSTRUCTION CORP. )
)
vs. ) C.A. NO.:
)
TLT CONSTRUCTION CORP., )
XL SPECIALTY INSURANCE COMPANY, and )
XL REINSURANCE AMERICA, INC. )

COMPLAINT

Count I

Breach of Contract

1. Plaintiff Pytko Construction Corp. ("Pytko") is a corporation organized and existing under the laws of the State of Rhode Island with a principal place of business in Cumberland, RI.
2. Defendant TLT Construction Corp. ("TLT") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Wakefield, MA.
3. On or about February 26, 2003 Pytko and TLT entered into a subcontract pursuant to which Pytko agreed to provide certain labor and materials for the construction project known as "Additions and Renovations Canton High School" ("project") located in Canton, Massachusetts.
4. Pytko performed labor and supplied materials to the project pursuant to its subcontract with TLT satisfactorily and without complaint and is owed the sum of $961,329.00 by TLT.
5. Despite repeated demands for payment, TLT has refused or is unable to pay Pytko the sum of $961,329.00 and is in breach of the subcontract.
6. The within complaint is filed as a provisional remedy and does not constitute a waiver of any rights of mediation and/or arbitration.