UNITED STATES DISRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and Paul A. MacDonald in his official capacity as Executive Directors, | : | |
| v. | : | C.A. No. 05-164T |
| PYTKO CONSTRUCTION CORP. | : | |

**JUDGMENT**

Judgment shall enter against Defendant Pytko Construction Corp. in the amount of $31,365.03, which amount includes the amount of the Consent Judgment between the parties, entered in this case, plus interest and attorneys' fees through December 18, 2007. Said amount does not include any contributions, interest or penalties owed for the period of December 2, 2006 through the present.

Ernest C Torres
**ENTER**

Paul J Smith
**PER ORDER**

**DATED: December 18, 2007**